IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AMELIA CARRILLO PANIAGUA, | § | |
| PETITIONER, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 3:25-CV-2872-D-BK |
| | § | |
| KRISTI NOEM, ET AL., | § | |
| RESPONDENTS. | § | |

## ORDER AND INSTRUCTIONS TO PARTIES

Petitioner, an immigration detainee, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 along with an Application for Temporary Restraining Order and to Set Hearing.

**SERVICE OF PROCESS:** The Clerk of the Court is directed to electronically serve a copy of this order and of the petition and any supporting documents on the designated government attorney for the United States Attorney for the Northern District of Texas.

**RESPONSIVE PLEADINGS:** Upon review of the petition and Motion for Temporary Restraining Order to Set Hearing, the Court has determined that an expedited response is warranted. Therefore, Respondent is **ORDERED to file an answer or other responsive pleading to the habeas corpus petition and Motion for Temporary Restraining Order and to Set Hearing by November 7, 2025.** *See* Rule 1(b) of the Rules Governing Section 2254 Cases in the United States District Courts (providing that "[t]he district court may apply any or all of these rules to a habeas corpus petition not covered by Rule 1(a)."); Rules 4 and 5 (addressing responsive pleadings).

A copy of the answer or response, together with a copy of any brief filed therewith, will be served on Petitioner and a certificate of service will be filed with the Clerk evidencing such service.

**PETITIONER'S OPPORTUNITY TO REPLY:** As provided by Rule 5(e), Petitioner may file a reply brief **within 14 days of the date Respondent's Answer is served.** A reply must be limited to the arguments raised in the Respondent's Answer/responsive pleading, shall not include any new allegations of fact or new grounds for relief, and shall not exceed the ten-page limit for replies set out in Local Civil Rule 7.2(c). Petitioner shall mail a copy of any reply to Respondent's counsel.

**BRIEFS:** Briefs should be submitted on letter size paper, 8 ½" by 11", and should be double spaced. Each argument with supporting citations in the brief should clearly specify the specific ground or numbered paragraph of the filing it seeks to support or oppose. A copy of any brief must be served by mail on the opposing party or counsel, if represented by counsel, and a

certificate reflecting such service must be included in the brief.

**SO ORDERED** on October 24, 2025.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE