IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AMELIA C. P., § | |
|     Petitioner, § | |
| § | |
| v. § | CIVIL NO. 3:25-CV-2872-K-BK |
| § | |
| KRISTI NOEM, et al., § | |
|     Respondents. § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues have been duly considered and a decision duly rendered. The Court **GRANTS in part** Petitioner Amelia C. P.'s Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1). The Court **DENIES** the Application for Temporary Restraining Order (Doc. No. 3).

It is ORDERED, ADJUDGED, and DECREED that, **by 12:00 p.m., December 23, 2025**, Respondents shall either: (1) provide Petitioner Amelia C. P. with a bond hearing before an immigration judge at which the Government shall bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, Petitioner's continued detention; or (2) release Petitioner Amelia C. P. from custody, under appropriate conditions of release, to a public place.

It is further ORDERED, ADJUDGED, and DECREED that, **by 5:00 p.m., December 23, 2025**, Respondents shall **FILE** a notice informing the Court whether Petitioner Amelia C. P. has been released from custody. If Petitioner Amelia C. P. has

not been released from custody, Respondents shall inform the Court whether and when a bond hearing was held in accordance with the preceding paragraph. Respondents shall further inform the Court, in detail, of the reasons for the immigration judge's decision.

It is further ORDERED, ADJUDGED, and DECREED that, if Petitioner Amelia C.P. is released, Respondents must **NOTIFY** Petitioner Amelia C. P.'s counsel of the exact location and exact time of her release as soon as practicable and no less than two hours before her release.

**SO ORDERED.**

Signed December 17th, 2025.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE